UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | NO. 5:15-CR-20-KKC-MAS-1 |
| Plaintiff, | |
| v. | **ORDER** |
| **CHARLES CURTIS ASHLEY,** | |
| Defendant. | |

*** *** *** *** *** *** ***

This matter is before the Court on Magistrate Judge Matthew A. Stinnett's recommended disposition (DE 8295) regarding reported violations of supervised release conditions by Defendant Charles Curtis Ashley.

On May 23, 2024, the United States Probation Office ("USPO") reported that they had applied a "sweat patch" drug testing device to Ashley's person. When the patch was removed and sent to a laboratory for testing it returned positive for cocaine. Use of cocaine is a violation of the condition prohibiting the use of a controlled substance (Violation 1, Grade C) and a violation of the condition requiring compliance with all federal, state, and local (Violation 2, Grade B).

At an initial appearance on the supervised release violations, the magistrate judge found probable cause that the allegations in the violation report were true. (DE 8290.) While the Government moved for interim detention, Ashley did not seek release. Accordingly, the magistrate judge found that Ashley failed to carry his

release burden under Rule 32.1(a)(6) and 18 U.S.C. § 3143(a) and ordered that he remain in custody pending the final hearing.

At the final hearing on July 12, 2024, the magistrate judge found that Ashley competently entered a knowing, voluntary, and intelligent stipulation to all three violations. (DE 8294.) Pursuant to 18 U.S.C. § 3583, the magistrate judge now recommends that the Court revoke Ashley's supervised release, impose an incarceration period of two months, and reimpose a term of 36-month supervised release, subject to the additional terms that Ashley must participate in an in-patient substance use disorder treatment program at the discretion of the USPO. Ashley has not filed any objections to the magistrate judge's recommendation within the allotted time of fourteen days nor has he requested an extension of time to file his objections.

Having reviewed the recommendation and agreeing with its analysis, the Court hereby ORDERS as follows:

1) The recommended disposition (DE 8295) is ADOPTED as the Court's opinion;
2) A judgment consistent with this order and the recommended disposition will be entered.

This 26th day of August, 2024.



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY